Case 4:20-cr-00002   Document 1   Filed on 01/02/20 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
F I L E D

JAN 02 2020

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. 2 0 CR 002 |
| v. | § § | Count 1: 18 U.S.C. § 641 |
| ROSEMONDE LOWE,<br>aka ROSEMONDE RUSSELL,<br>aka ROSEMONDE WADE,<br>    Defendant. | § § § § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### Theft of Government Property Greater than $1,000
### (18 U.S.C. § 641)

From in or around July 2012, and continuously through in and around August 2018, within the Southern District of Texas,

**ROSEMONDE LOWE,**
**aka ROSEMONDE RUSSELL,**
**aka ROSEMONDE WADE,**

defendant herein, did steal, purloin, and knowingly convert to her own use and the use of another, money of the United States of a value greater than $1,000, namely, monthly Social Security benefits intended for the benefit of Josette Russell, who passed away in June 2012, which money defendant was not entitled to receive.

In violation of Title 18, United States Code, Section 641.

### NOTICE OF CRIMINAL FORFEITURE
### (28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C))

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to the defendant,

1

**ROSEMONDE LOWE,**
**aka ROSEMONDE RUSSELL,**
**aka ROSEMONDE WADE,**

that in the event of conviction of the offense charged in this Information, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

## Money Judgment and Substitute Assets

The United States may seek imposition of a money judgment against the defendant. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant in substitution up to the total value of the property subject to forfeiture.

RYAN K. PATRICK
United States Attorney

By: *[signature]*
Benjamin C. Sandel
Special Assistant United States Attorney
713-567-9726